ORIGINAL
FILED

AUG 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    CATHERINE MORRIS KROW (STATE BAR NO. 208412)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
2    The Orrick Building
     405 Howard Street
3    San Francisco, CA  94105-2669
     Telephone:    (415) 773-5700
4    Facsimile:    (415) 773-5759
     ckrow@orrick.com
5
     Attorneys for Defendant
6    UNION CARBIDE CORPORATION

E-filing

7

8                    UNITED STATES DISTRICT COURT                    EMC

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11                                                C 07 4240

     ROBERT F. LYMAN and SAMANTHA          CASE NO.
12   LYMAN,
                                            UNION CARBIDE CORPORATION'S
13              Plaintiffs,                 CERTIFICATION OF INTERESTED
                                            ENTITIES OR PARTIES
14        v.

15   ASBESTOS DEFENDANTS (B*P), et al.,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260287589.1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2    associations of persons, firms, partnerships, corporations (including parent corporations) or other

3    entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the outcome of this proceeding:

6        1.  Robert F. Lyman, Plaintiff, Financial interest

7        2.  Samantha Lyman, Plaintiff, Financial interest

8        3.  Union Carbide Corporation, Defendant, Financial interest

9        4.  Dow Chemical Corporation, Parent company of Union Carbide

10           Corporation, Financial interest

11       5.  Montello, Inc., Defendant, Financial interest

12       6.  Honeywell International, Inc., Financial interest

13   Dated: August 17, 2007              CATHERINE MORRIS KROW
                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
14

15

16                                      _____
                                              Catherine Morris Krow
17                                            Attorneys for Defendant
                                        UNION CARBIDE CORPORATION

18

19

20

21

22

23

24

25

26

27

28

UNION CARBIDE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS