1  CATHERINE N. KROW (STATE BAR NO. 208412)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, CA 94105-2669
   Telephone: 415-773-5700
4  Facsimile: 415-773-5759
   ckrow@orrick.com
5
   Attorneys for Defendant
6  UNION CARBIDE CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | ROBERT F. LYMAN and SAMANTHA LYMAN, | CASE NO. C 07 4240 |
13 |                                      | **PROOF OF SERVICE BY FEDERAL EXPRESS** |
   | Plaintiffs,                          |                    |
14 |                                      |                    |
   | v.                                   |                    |
15 |                                      |                    |
   | ASBESTOS DEFENDANTS (B*P), *et al.*, |                    |
16 |                                      |                    |
   | Defendants.                          |                    |

OHS West:260288370.1

**PROOF OF SERVICE BY FEDERAL EXPRESS**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On August 17, 2007, I served the following document(s):

FILING GUIDELINES FOR U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CASE MANAGEMENT CONFERENCE ORDER

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

ECF REGISTRATION INFORMATION HANDOUT

FILE ENDORESED FACE PAGES FOR VOL I – XX FOR EXHIBIT 2

UNION CARBIDE CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

CIVIL COVER SHEET

NOTICE OF REMOVAL; EXHIBITS 1 - 13

on the interested parties in this action by placing true and correct copies thereof in sealed package(s) designated by Federal Express for that purpose, with such package(s) addressed for delivery as follows:

///

///

///

OHS West:260288370.1                                          - 1 -

```
Gary Brayton, Esq.
Brayton * Purcell, LLP
222 Rush Landing Road
Novato, CA  94948-6169

Molly Mrowka
Dillingham & Murphy
225 Bush Street, Sixth Floor
San Francisco, CA  94104-4207

Christopher Jhang
Perkins Coie
Four Embarcadero Center, Suite 1400
San Francisco, CA  94111
```

☐ On the date indicated above, I delivered the sealed package(s) to an authorized courier or driver authorized by Federal Express to receive documents, with the delivery fees paid or provided for by the sender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2007, at San Francisco, California.

*/s/ Jessi Knight*
Jessi Knight

OHS West:260288370.1

- 2 -