1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT LYMAN AND SAMANTHA       ) No. C07-4240
   | LYMAN,                          )
12 |                                 ) PROOF OF E-SERVICE:
   |        Plaintiffs,              ) DECLINATION TO PROCEED BEFORE
13 |                                 ) A MAGISTRATE JUDGE AND REQUEST
   | vs.                             ) FOR REASSIGNMENT TO A UNITED
14 |                                 ) STATE DISTRICT JUDGE
   | ASBESTOS DEFENDANTS (B*P),      )
15 |                                 )
   |        Plaintiffs.              )
16 |_____)
                                     )
17 | Removing Defendant, UNION CARBIDE)
   | CORPORATION.                    )
18 |_____)

19

20  ///

21  ///

22  ///

23

PROOF OF SERVICE BY E-SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On August 20, 2007, I electronically served (E-Service) the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by causing the United States District Court's E-service program to transmit a true copy thereof to the following party(ies):

Defendants:
UNION CARBIDE CORP: Catherine N. Norris at cmorris@orrick.com
MONTELLO INC.: Molly Jeannette Mrowka at mmrowka@burnhambrown.com
HONEYWELL INTERNATIONAL INC.: Christopher M Jhang at cjhang@perkinscoie.com

The above document was transmitted by USDC e-service, and the transmition acknowledgment is attached.

Executed on August 20, 2007, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

Jane Ehni

Robert Lyman v. Asbestos Defendants (B✣P)
USDC No. C07-4240

1

PROOF OF SERVICE BY E-SERVICE

**Other Documents**
3:07-cv-04240-EMC Lyman et al v. Asbestos Defendants (B*P) et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by LeRoy, Lloyd entered on 8/20/2007 3:40 PM and filed on 8/20/2007
**Case Name:**     Lyman et al v. Asbestos Defendants (B*P) et al
**Case Number:**   3:07-cv-4240
**Filer:**         Robert F. Lyman
                   Samatha Lyman
**Document Number:** 24

**Docket Text:**
Declination to Proceed Before a U.S. Magistrate Judge by Robert F. Lyman, Samatha Lyman. (LeRoy, Lloyd) (Filed on 8/20/2007)

**3:07-cv-4240 Notice has been electronically mailed to:**

David R. Donadio    DDonadio@braytonlaw.com, cwall@braytonlaw.com, mderby@braytonlaw.com

Christopher M. Jhang    cjhang@perkinscoie.com

Lloyd F. LeRoy    lleroy@braytonlaw.com, JEhni@braytonlaw.com

Catherine N. Morris    cmorris@orrick.com

Molly Jeannette Mrowka    mmrowka@burnhambrown.com

**3:07-cv-4240 Notice has been delivered by other means to:**

John B. Goldstein
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945-2469

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** K:\Injured\107053\USDC-declination.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/20/2007] [FileNumber=3685762-0]

[9c31e060ec460fd0e10fc6046a174df0aabca0f45281c18b2c53ddf3010ba2c135d73
e8b8a15ee93524e054f0a0f8c495588f5719f610916965bb25f31f5c172]]