MOLLY J. MROWKA (SBN 190133)
RODRIGO E. SALAS (SBN 194462)
ALICE K. LOH (SBN 197315)
DILLINGHAM & MURPHY
225 Bush Street, Sixth Floor
San Francisco, CA 94104-4207
Telephone:   (415) 397-2700
Fax:              (415) 397-3330

Attorneys for Defendant
MONTELLO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B*P), *et al.*,<br><br>Defendants. | CASE NO.<br><br>**JOINDER IN NOTICE OF REMOVAL** |

OHS West:260287594.1

JOINDER IN NOTICE OF REMOVAL

1  TO THE CLERK OF COURT AND TO THE PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that Montello, Inc. hereby joins the Notice of Removal filed
4  by Union Carbide Corporation in this action.
5  Dated: August 16, 2007

MOLLY J. MROWKA
MONTELLO, INC

_____
Molly J. Mrowka
Attorneys for Defendant
MONTELLO, INC.

OHS West:260287594.1

- 2 -

JOINDER IN NOTICE OF REMOVAL