```
1  DILLINGHAM & MURPHY, LLP
   MOLLY J. MROWKA (SBN 190133)
2  RODRIGO E. SALAS (SBN 194462)
   ALICE K. LOH (SBN 197315)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5
6       Attorneys for Defendant MONTELLO, INC.
7
8                  UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) This Document Relates To: | MDL 875 |

```
                 UNITED STATE DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
```

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN<br><br>            Plaintiffs,<br><br>      v.<br><br>ASBESTOS DEFENDANTS (B*P), *et al.*,<br><br>            Defendants. | Case No.: C 07 4240 EMC<br><br>JOINDER IN NOTICE OF TAG-ALONG ACTION |

1  TO THE CLERK OF THE COURT AND TO THE PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3       PLEASE TAKE NOTICE that Montello, Inc. hereby joins in and endorses, and
4  incorporates as though fully set forth herein, the Notice of Tag-Along Action filed by Union
5  Carbide Corporation in this action.

Dated: August 21, 2007            DILLINGHAM & MURPHY, LLP

                         By: _____
                             MOLLY J. MROWKA
                             Attorney for Defendant
                             MONTELLO, INC.