1  **DILLINGHAM & MURPHY, LLP**
   MOLLY J. MROWKA (SBN 190133)
2  RODRIGO E. SALAS (SBN 194462)
   ALICE K. LOH (SBN 197315)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5

6       Attorneys for Defendant MONTELLO, INC.

7

8                  UNITED STATE DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | ROBERT F. LYMAN and SAMANTHA LYMAN | Case No.: C 07 4240 EMC |
12 | Plaintiffs, | MONTELLO, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES |
13 | v. | |
14 | ASBESTOS DEFENDANTS (B*P), et al., | |
15 | Defendants. | |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or
3   other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   1.   Robert F. Lyman, Plaintiff, Financial interest
7   2.   Samantha Lyman, Plaintiff, Financial interest
8   3.   Union Carbide Corporation, Defendant, Financial interest
9   4.   Dow Chemical Corporation, Parent company of Union Carbide
10       Corporation, Financial interest
11  5.   Montello, Inc., Defendant, Financial interest
12  6.   Honeywell International, Inc., Financial interest

15  Dated: August 21, 2007            DILLINGHAM & MURPHY, LLP

17                          By:       _____
                                      MOLLY J. MROWKA
18                                    Attorney for Defendant
                                      MONTELLO, INC.