**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
───────────────
www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

**August 22, 2007**

CASE NUMBER:  CV 07-04240 EMC
CASE TITLE:  ROBERT F LYMAN-v-ASBESTOS DEFENDANTS

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/22/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted            Entered in Computer 8/22/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel            Transferor CSA