1 | ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
2 | MARY E. POUGIALES, ESQ., S.B. #77807
BRAYTON❖PURCELL LLP
3 | ATTORNEYS AT LAW
222 Rush Landing Road
4 | P.O. Box 6169
Novato, California 94948-6169
5 | (415) 898-1555

6 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN, | No. C 07-4240 SBA |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT |
| vs. | |
| ASBESTOS DEFENDANTS (B*P), et al., | Date: October 16, 2007 |
| Defendants. | Time: 1:00 pm |
| | Courtroom: 3, 3rd Floor, **Oakland** |
| UNION CARBIDE CORPORATION, | |
| Removing Defendant. | |

Plaintiffs Motion to Remand Case to California Superior Court under 28 U.S.C. 1447(c) came on regularly for hearing on October 16, 2007, in the above entitled Court. Plaintiffs were represented by BRAYTON ❖ PURCELL LLP. Defendant UNION CARBIDE was represented by counsel of record.

After full consideration of all papers filed herein, and upon hearing of oral argument, the Court finds that the action was not properly removable on the grounds of diversity jurisdiction at the time Union Carbide filed the notice of removal because defendant Honeywell

///

K:\Injured\107053\USDC-ORD-Remand-UNIONC.wpd                          1
[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT C07-4240

1  International, Inc. did not consent to removal.  This court, therefore, does not have subject
2  matter jurisdiction over the action.
3  **IT IS HEREBY ORDERED THAT:**
4  This action is remanded to the California Superior Court in and for the City and County
5  of San Francisco for further proceedings.
6  Plaintiffs are awarded just costs and any actual expenses, including attorney fees,
7  incurred as a result of the removal.
8
9  **SO ORDERED.**
10
11
12  Dated: _____
                                              _____
13                                            SAUNDRA B. ARMSTRONG
                                              United States District Judge