1  CATHERINE MORRIS KROW (STATE BAR NO. 208412)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, CA 94105-2669
   Telephone:   (415) 773-5700
4  Facsimile:   (415) 773-5759
   ckrow@orrick.com
5
   Attorneys for Defendant
6  UNION CARBIDE CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  ROBERT F. LYMAN and SAMANTHA         CASE NO. C 07-4240 SBA
    LYMAN,
13                                        DECLARATION OF CATHERINE
              Plaintiffs,                 MORRIS KROW IN SUPPORT OF
14                                        DEFENDANT UNION CARBIDE'S
         v.                               MOTION TO STAY PENDING
15                                        TRANSFER TO MDL-875
    ASBESTOS DEFENDANTS (B*P), et al.,
16                                        Date:      October 16, 2007
              Defendants.                 Time:      1:00 p.m.
17                                        Courtroom: 3, 3rd Floor, Oakland
                                          Judge:     Hon. Saundra B. Armstrong
18

19

20

21

22

23

24

25

26

27

28

OHS West:260291230.1                                          CASE NO. C 07-4240 SBA

DECLARATION OF CATHERINE MORRIS KROW I/S/O MOTION TO STAY PENDING TRANSFER TO MDL-875

1  I, Catherine Morris Krow, declare:

2  1.  I am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel for Union Carbide Corporation ("Union Carbide") in this action. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them if called as a witness.

3  2.  A true and correct copy of Union Carbide Corporation's August 20, 2007 letter to the MDL Panel Clerk, providing notice of tag-along action concerning the instant action, is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on August 24, 2007, in San Francisco, California.

_____
Catherine Morris Krow