
# ORRICK

August 20, 2007

**Via Certified Mail RRR**

Nathan C. Dullum
(415) 773-5968
ndullum@orrick.com

Mr. Jeffery N. Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

      RE:    Cause No. C 07 4240; *Robert F. Lyman and Samantha Lyman vs. Asbestos Defendants (B\*P), et al.*; In the United States District Court for the Northern District of California – San Francisco Division.

Dear Mr. Luthi:

Enclosed please find the following document on behalf of Defendant Union Carbide Corporation:

           **Notice of Tag-A-Long Action.**

A copy of this instrument has been provided to Plaintiffs' counsel via electronic service at the time of electronic filing on August 20, 2007.

Very truly yours,

Nathan C. Dullum

Enclosure

cc:    Gary Brayton, Esq. (w/o Encl)
        Molly Mrowka, Esq. (w/o Encl)
        Christopher Jhang, Esq. (w/o Encl)

OHS West:260288699.1

CATHERINE MORRIS KROW (STATE BAR NO. 208412)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ndullum@orrick.com

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI)<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B*P), *et al.*,<br><br>Defendants. | CASE NO. C 07 4240 EMC<br><br>**NOTICE OF TAG-ALONG ACTION** |

OHS West:260288647.1

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

2. The undersigned hereby notifies the court that this is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. Union Carbide is providing written notice of this Notice of Tag-Along Action to all adverse parties.

4. Union Carbide reserves the right to amend or supplement this Notice of Tag-Along Action.

Dated: August 20, 2007

CATHERINE MORRIS KROW
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Catherine Morris Krow
Attorneys for Defendant
UNION CARBIDE CORPORATION

OHS West:260288647.1                   - 2 -
                                                CASE NO. C 07 4240 EMC
                                                NOTICE OF TAG-ALONG ACTION