1  CATHERINE MORRIS KROW (STATE BAR NO. 208412)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, CA  94105-2669
   Telephone:   (415) 773-5700
4  Facsimile:   (415) 773-5759
   ckrow@orrick.com
5
   Attorneys for Defendant
6  UNION CARBIDE CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  ROBERT F. LYMAN and SAMANTHA         CASE NO.  C 07-4240 SBA
    LYMAN,
13                                       **[PROPOSED] ORDER GRANTING
                 Plaintiffs,             DEFENDANT UNION CARBIDE'S
14                                       MOTION TO STAY PENDING
         v.                              TRANSFER TO MDL-875**
15
    ASBESTOS DEFENDANTS (B*P), *et al.*,   Date:       October 16, 2007
16                                         Time:       1:00 p.m.
                 Defendants.               Courtroom:  3, 3rd Floor, Oakland
17                                         Judge:      Hon. Saundra B. Armstrong

18

19

20

21

22

23

24

25

26

27

28
    OHS West:260291247.1                                        Case No. C 07-4240 SBA

1  This matter came before the Court on Defendant Union Carbide Corporation's
2  ("Union Carbide") Motion to Stay Pending Transfer to MDL-875. Having considered the motion,
3  and good cause appearing, the Court hereby ORDERS as follows:
4      1.    Union Carbide's Motion to Stay Pending Transfer to MDL-875 is
5  GRANTED.
6      2.    This action is hereby STAYED pending transfer to the MDL-875 Panel of
7  the United States District Court for the Eastern District of Pennsylvania for consolidated pre-trial
8  proceedings.
9      3.    Plaintiffs' motion to remand is hereby DENIED without prejudice to being
10 re-urged before the MDL Court.
11 It is so ORDERED.
12
13 Dated: _____
14
15                       The Honorable Saundra Brown Armstrong
                            United States District Judge