1  **DILLINGHAM & MURPHY, LLP**
   MOLLY J. MROWKA (SBN 190133)
2  RODRIGO E. SALAS (SBN 194462)
   ALICE K. LOH (SBN 197315)
3  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
4  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
5
   Attorneys for Defendant
6  MONTELLO, INC.

7

8                   UNITED STATE DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

| | |
|---|---|
| 12  ROBERT F. LYMAN and SAMANTHA LYMAN | Case No.: C 07 4240 SBA |
| 13 | |
| 14         Plaintiffs, | JOINDER IN UNION CARBIDE CORPORATION'S NOTICE OF MOTION AND MOTION TO STAY CASE PENDING TRANSFER TO MDL-875 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |
| 15  v. | |
| 16  ASBESTOS DEFENDANTS (B◊P), et al., | |
| 17         Defendants. | |
| 18 | DATE:       October 16, 2007<br>TIME:       1:00pm<br>COURTROOM: 3, 3rd floor, Oakland<br>JUDGE:      Hon. Saundra B. Armstrong |

20     Defendant Montello, Inc. hereby joins in, adopts, endorses, and incorporates by

21  reference as though fully set forth herein, the Union Carbide Corporation's Notice of Motion

22  and Motion to Stay Case Pending Transfer to MDL-875 and Memorandum of Points and

23  Authorities in support thereof.

24  DATED: August 26, 2007               DILLINGHAM & MURPHY, LLP

25
                                         By: _____
26                                       MOLLY J. MROWKA, ESQ.
                                         Attorneys for Defendant
27                                       MONTELLO, INC.

28

---

Page 1 - Case No.: C 07 4240 SBA
Joinder in Union Carbide Corporation's Notice of Motion and Motion to Stay Case Pending Transfer To MDL-875 and Memorandum of Points and Authorities in support thereof.