Case 4:07-cv-04240-SBA    Document 42    Filed 08/30/2007    Page 1 of 2

1  DAVID T. BIDERMAN, SBN 101577
   dbiderman@perkinscoie.com
2  BRIEN F. MCMAHON, SBN 66809
   bmcmahon@perkinscoie.com
3  DAVID R. ONGARO, SBN 154698
   dongaro@perkinscoie.com
4  M. CHRISTOPHER JHANG, SBN 211463
   cjhang@perkinscoie.com
5  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
6  San Francisco, CA 94111
   Tel: (415) 344-7000
7  Fax: (415) 344-7288

8  Attorneys for Defendant
   Honeywell International Inc., f/k/a/ AlliedSignal,
9  Inc., Successor-in-Interest to The Bendix
   Corporation
10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

| 14  ROBERT F. LYMAN and SAMANTHA LYMAN, | No. C 07-04240 SBA |
|---|---|
| 15  Plaintiffs, | DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF CONSENT TO REMOVAL OF CIVIL ACTION FROM THE SAN FRANCISCO COUNTY SUPERIOR COURT |
| 16  v. | |
| 17  ASBESTOS DEFENDANTS (BP), | |
| 18  Defendants. | DEMAND FOR JURY TRIAL |
| 19  | [Case No. CGC-06-459162] |

20

21  TO:   THE CLERK OF THIS COURT, AND TO ALL INTEREST PARTIES AND THEIR

22         ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that defendant Honeywell International Inc. hereby consents to

24  the Notice of Removal of this action from the San Francisco County Superior Court to the United

25  //

26  //

27  //

28  //

NOTICE OF CONSENT OF REMOVAL
CASE NO. 07-04240
39812-0003.1753/LEGAL13520429.1

States District Court for the Northern District of California filed by defendant Union Carbide Corporation on August 17, 2007.

DATED:  August 30, 2007          **PERKINS COIE LLP**

By:    /S/ David T. Biderman
       David T. Biderman

Attorneys for Defendant Honeywell International Inc.

## DEMAND FOR JURY TRIAL

Defendant Honeywell International Inc. hereby demands a trial by jury.

DATED:  August 30, 2007          **PERKINS COIE LLP**

By:    /S/ David T. Biderman
       David T. Biderman

Attorneys for Defendant Honeywell International Inc.