CATHERINE MORRIS KROW (STATE BAR NO. 208412)
NIKKA N. RAPKIN (STATE BAR NO. 244207)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759
ckrow@orrick.com

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B*P), *et al.*,<br><br>   Defendants. | CASE NO. C 07-4240 SBA<br><br>**DECLARATION OF CATHERINE MORRIS KROW IN SUPPORT OF DEFENDANT UNION CARBIDE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED NOTICE OF REMOVAL**<br><br>Date:       October 16, 2007<br>Time:       1:00 p.m.<br>Courtroom:  3, 3rd Floor, Oakland<br>Judge:      Hon. Saundra B. Armstrong |

OHS West:260297527.1                                                          CASE NO. C 07-4240 SBA

DECLARATION OF CATHERINE MORRIS KROW I/S/O MOTION TO FILE FIRST AMENDED NOTICE OF REMOVAL

I, Catherine Morris Krow, declare:

1. I am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel for Union Carbide Corporation ("Union Carbide") in this action. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Dismissal Without Prejudice of Complaint as to Defendant Thorpe Insulation Company, filed and electronically served on August 7, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Honeywell International Inc.'s Notice of Consent to Removal of Civil Action from the San Francisco County Superior Court, filed August 30, 2007.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on September 5, 2007, in San Francisco, California.

_____
Catherine Morris Krow

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alan R. Brayton, Esq., S.B. #73685<br>Brayton ◇ Purcell<br>222 Rush Landing Road<br>Novato, California 94948<br>ATTORNEY FOR (Name): Plaintiff(s) | (415) 898-1555 | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Francisco<br>**AUG 07 2007**<br>GORDON PARK-LI, Clerk<br>BY: CHRISTLE ARRIOLA<br>Deputy Clerk |

Insert name of court and name of judicial district and branch court, if any:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

PLAINTIFF/PETITIONER: ROBERT LYMAN, et al.

DEFENDANT/RESPONDENT: ASBESTOS DEFENDANTS (BHC)

**REQUEST FOR DISMISSAL**
- [X] Personal Injury, Property Damage, or Wrongful Death
- [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Asbestos

CASE NUMBER: 459162

— A conformed copy will not be returned by the clerk unless a method of return is provided with the document. —

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice    (2) [X] Without prejudice

   b. (1) [X] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):    on (date):
      (4) [ ] Cross-complaint filed by (name):    on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [X] Other (specify):* As to defendant THORPE INSULATION COMPANY only, with a mutual waiver of costs.

Date: 07/05/2007

Nancy T. Williams, Esq., S.B. #201095
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney or party without attorney for:
[X] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)
** If a cross-complaint- or Response (Family Law) seeking affirmative relief—is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j)

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):    as to only (name):
5. [ ] Dismissal not entered as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conform    [ ] means to return conformed copy

Date: _____  Clerk, by _____, Deputy

Form Adopted by the Judicial Council of California
982(a)(5) [Rev January 1, 1997]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233
Judicial Council Forms for HotDocs

# EXHIBIT B

```
 1  DAVID T. BIDERMAN, SBN 101577
    dbiderman@perkinscoie.com
 2  BRIEN F. MCMAHON, SBN 66809
    bmcmahon@perkinscoie.com
 3  DAVID R. ONGARO, SBN 154698
    dongaro@perkinscoie.com
 4  M. CHRISTOPHER JHANG, SBN 211463
    cjhang@perkinscoie.com
 5  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 6  San Francisco, CA 94111
    Tel:  (415) 344-7000
 7  Fax: (415) 344-7288

 8  Attorneys for Defendant
    Honeywell International Inc., f/k/a/ AlliedSignal,
 9  Inc., Successor-in-Interest to The Bendix
    Corporation
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT F. LYMAN and SAMANTHA LYMAN, | No. C 07-04240 SBA |
|---|---|
| Plaintiffs, | DEFENDANT HONEYWELL INTERNATIONAL INC.'S NOTICE OF CONSENT TO REMOVAL OF CIVIL ACTION FROM THE SAN FRANCISCO COUNTY SUPERIOR COURT |
| v. | |
| ASBESTOS DEFENDANTS (BP), | DEMAND FOR JURY TRIAL |
| Defendants. | [Case No. CGC-06-459162] |

TO:   THE CLERK OF THIS COURT, AND TO ALL INTEREST PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Honeywell International Inc. hereby consents to the Notice of Removal of this action from the San Francisco County Superior Court to the United

//
//
//
//

1  States District Court for the Northern District of California filed by defendant Union Carbide
2  Corporation on August 17, 2007.

4  DATED: August 30, 2007                    **PERKINS COIE LLP**

6                                              By:      /S/ David T. Biderman
                                                        David T. Biderman

7                                              Attorneys for Defendant Honeywell
                                               International Inc.

## DEMAND FOR JURY TRIAL

Defendant Honeywell International Inc. hereby demands a trial by jury.

11  DATED: August 30, 2007                   **PERKINS COIE LLP**

12                                             By:      /S/ David T. Biderman
                                                        David T. Biderman

14                                             Attorneys for Defendant Honeywell
                                               International Inc.

-2-

NOTICE OF CONSENT OF REMOVAL
39812-0003.1753/LEGAL13520429.1