1  CATHERINE MORRIS KROW (STATE BAR NO. 208412)
   NIKKA N. RAPKIN (STATE BAR NO. 244207)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
5  ckrow@orrick.com

6  Attorneys for Defendant
   UNION CARBIDE CORPORATION
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | ROBERT F. LYMAN and SAMANTHA LYMAN, | CASE NO. C 07-4240 SBA |
   |---|---|
   | Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT UNION CARBIDE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED NOTICE OF REMOVAL** |
   | v. | |
   | ASBESTOS DEFENDANTS (B*P), *et al.*, | Date:       October 16, 2007 |
   | Defendants. | Time:       1:00 p.m. |
   |  | Courtroom:  3, 3rd Floor, Oakland |
   |  | Judge:      Hon. Saundra B. Armstrong |

OHS West:260297522.1                                            Case No. C 07-4240 SBA

[PROPOSED] ORDER GRANTING UNION CARBIDE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED NOTICE OF REMOVAL

1  This matter having come before the Court on Defendant Union Carbide
2  Corporation's ("Union Carbide") motion for leave to file a First Amended Notice of Removal;
3  and the Court having considered the motion, and good cause appearing, the Court hereby
4  ORDERS as follows:
5     1.   Union Carbide's motion for leave to file a First Amended Notice of
6  Removal is hereby GRANTED;
7     2.   Union Carbide shall have seven (7) days from entry of this Order to file
8  with this Court its First Amended Notice of Removal.
9     It is so ORDERED.

Dated: _____

_____
The Honorable Saundra Brown Armstrong
United States District Judge