107053.001
SAC PARA SAC OTHER
SPG ATTY CLASS FILE
RECEIVED
AUG 24 2007
BRAYTON✦PURCELL
HAND___ OVERNIGHT ✓ MAIL___

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
JOHN B. GOLDSTEIN, ESQ., S.B. #198818
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> ASBESTOS DEFENDANTS (B✦P) | No. 3:07-CV-4240 <br><br> DECLARATION OF ROBERT F. LYMAN <br><br> Date: August ___, 2007 <br> Trial Date: N/A <br> State Court Action Filed: December 29, 2006 |

I, Robert F. Lyman, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify as to the truth of the matters set forth herein.

2. I am 68 years old, having just celebrated my birthday on August 13. In October of last year, 2006, I was diagnosed with lung cancer and asbestos-related pleural disease. My doctors confirmed their diagnosis by CT scans, PET scans and bronchoscopy in November of last year.

3. I have undergone surgery for resection of my right lung followed by a tracheotomy. Due to my weakened condition the doctors did not prescribe chemotherapy and/or radiation treatments. I have a history of other medical problems, vascular disease and heart murmur. I have a pacemaker. My neck has been broken twice and is set with a metal rod in place.

4. Due to my lungs I continue to suffer from shortness of breath, pain, weakness, fatigue and loss of appetite. My days are spent confined to bed.

5. I am told by my physicians that my prognosis is poor and due to my health problems including the lung cancer and asbestos-related pleural disease, the symptoms listed previously, my already impaired ability to assist my attorneys and participate meaningfully in my law suit has and will continue to decline further as time passes.

6. My greatest concern is that soon I will be unable to travel to San Francisco and tell the jury in my own words how I was injured by the defendants named in my case. I am concerned I will be denied the right to stand up for myself, my wife and my family, as I may become either too weak to travel or more likely succumb to this cancer before I have my day in Court.

I declare under penalty of perjury under the laws of the States of Nevada and California that the foregoing is true and correct.

Executed on August _____, 2007, at _____, Nevada.

_____
Robert F. Lyman