1   ALAN R. BRAYTON, ESQ., S.B. #73685
    LLOYD F. LEROY, ESQ., S.B. #203502
2   BRAYTON❖PURCELL LLP
    ATTORNEYS AT LAW
3   222 Rush Landing Road
    P.O. Box 6169
4   Novato, California  94948-6169
    (415) 898-1555
5
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  ROBERT LYMAN AND SAMANTHA      )    No. C07-4240 SBA
    LYMAN,                         )
13                                 )    [PROPOSED] ORDER DENYING
                 Plaintiffs,       )    MOTION TO STAY; GRANTING
14                                 )    PLAINTIFF'S MOTION TO WITHDRAW
    vs.                            )    MOTION TO REMAND AND
15                                 )    EXPEDITING DATE FOR TRIAL
    ASBESTOS DEFENDANTS (B*P),     )
16                                 )
                 Plaintiffs.       )    Date:    October 16, 2007
17  _____  )    Time:    1:00 p.m.
                                   )    Court:   3, 3rd Floor
18  Removing Defendant, UNION CARBIDE )  Judge:   Hon. Saundra B. Armstrong
    CORPORATION.                   )
19  _____  /

20

21        The parties appeared before this Court on October 16, 2007 through their respective

22  counsel.  Before the court were Defendant's Motion to Stay, Plaintiff's Opposition to the

23  Motion to Stay, Plaintiff's Motion to Remand and later-filed Motion to Withdraw Motion to

24  Remand and supporting Declaration of David R. Donadio, and Plaintiff's Motion for Expedited

25  Trial Setting.  Having read and considered the pleadings and supporting declarations, as well as

26  argument presented at the hearing:

27  ///

28  ///

1        IT IS HEREBY ORDERED that Defendant's Motion to Stay is denied because the

2    question it presented about the effect of a non-consenting party is now moot since defendant

3    Honeywell International thereafter consented to removal.

4        IT IS FURTHER ORDERED that Plaintiffs' Motion to Withdraw their Motion for

5    Remand and the supporting Declaration of David R. Donadio is granted for the same reason,

6    which obviates any need for this Court to rule on the original Motion to Remand.

7        IT IS FURTHER ORDERED that in the interests of justice the matter should proceed to

8    trial promptly.  The parties are ordered to return on _____ at _____ for a

9    Case Management Conference and to set the date for trial.

10

11   **SO ORDERED.**

12

13

14   Dated: _____

                                             _____

15                                               SAUNDRA B. ARMSTRONG
                                            United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28