1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  MARY E. POUGIALES, ESQ., S.B. #77807
   BRAYTON✜PURCELL LLP
3  ATTORNEYS AT LAW
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT LYMAN AND SAMANTHA            )   No. C07-4240
   LYMAN,                               )
12                                      )   PROOF OF SERVICE - U.S. MAIL:
              Plaintiffs,               )   PLAINTIFF'S OPPOSITION TO MOTION
13                                      )   TO STAY CASE; PLAINTIFF'S MOTION
   vs.                                  )   TO WITHDRAW MOTION TO REMAND
14                                      )   AND TO EXPEDITE TRIAL SETTING;
   ASBESTOS DEFENDANTS (B*P),           )   MEMORANDUM OF POIOONTS AND
15                                      )   AUTHORITIES IN SUPPORT;
              Plaintiffs.               )   DECLARATIONS OF ROBERT F. LYMAN
16 _____ )   AND GILBERT L. PURCELL I SUPPORT;
                                        )   [PROPOSED] ORDER
17 Removing Defendant, UNION CARBIDE    )
   CORPORATION.                         )
18 _____ )
                                            Date:   October 16, 2007
19                                          Time:   1:00 p.m.
                                            Court:  3, 3rd Floor - Oakland
                                            Judge:  Hon. Saundra B. Armstrong
20

21 ///

22 ///

23 ///

24

25

26

27

28

---

K:\Injured\107053\USDC-POS.wpd                    1
PROOF OF SERVICE - U.S. MAIL: C 07-4240 SBA

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On September 18, 2007, I served the attached:

**PLAINTIFF'S OPPOSITION TO MOTION TO STAY CASE; PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND AND TO EXPEDITE TRIAL SETTING; MEMORANDUM TO POINTS AND AUTHORITIES IN SUPPORT; DECLARATIONS OF ROBERT F. LYMAN AND GILBERT L. PURCELL IN SUPPORT**

**[PROPOSED] ORDER DENYING MOTION TO STAY; GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO REMAND AND EXPEDITING DATE FOR TRIAL**

**Robert F. Lyman, et al. v. Asbestos Defs, et al.(Union Carbide Corp, removing def.) USDC No. C07-4240-SBA**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

UNION CARBIDE CORP.
Catherine N. Krow, Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105-2669

MONTELLO INC.
Molly Mrowka, Esq.
Dillingham & Murphy
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207

HONEYWELL
Christopher Jhang, Esq.
Perkins Coie
Fourt Embarcadero Center, Ste. 1400
San Francisco, CA 94111

 XXX BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **September 18, 2007** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANE A. EHNI

G:\POS\MULTIP.WPD

1