1   **DILLINGHAM & MURPHY, LLP**
    MOLLY J. MROWKA (SBN 190133)
2   RODRIGO E. SALAS (SBN 194462)
    ALICE K. LOH (SBN 197315)
3   225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
4   Telephone:    (415) 397-2700
    Facsimile:    (415) 397-3300
5
    Attorneys for Defendant
6   MONTELLO, INC.

7

8                    UNITED STATE DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  ROBERT F. LYMAN and SAMANTHA        Case No.:  C 07 4240 SBA
    LYMAN
12
            Plaintiffs,                 **DEFENDANT MONTELLO, INC.'S**
13                                      **JOINDER IN UNION CARBIDE**
        v.                              **CORPORATION'S OPPOSITION TO**
14                                      **PLAINTIFFS' MOTION TO EXPEDITE**
    ASBESTOS DEFENDANTS (B◇P), et al.,  **TRIAL SETTING**
15
            Defendants.                 Date:       October 16, 2007
16                                      Time:       1:00 pm
                                        Courtroom:  3, Third Floor, Oakland
17                                      Judge:      Hon. Saundra B. Armstrong

18

19          Defendant MONTELLO, INC. hereby joins in, adopts, indorses, and incorporates by

20  reference as though fully set forth herein, Union Carbide Corporation's Opposition to

21  Plaintiffs' Motion to Expedite Trial Setting.

22  Dated: September 25, 2007            DILLINGHAM & MURPHY, LLP

23

24                                      By:  _____

25                                           MOLLY J. MROWKA
                                             Attorney for Defendant
26                                           MONTELLO, INC.

27

28