1  CATHERINE MORRIS KROW (STATE BAR NO. 208412)
   NATASHA R. CUPP (STATE BAR NO. 240939)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
5  ckrow@orrick.com
   ncupp@orrick.com
6
   Attorneys for Defendant
7  UNION CARBIDE CORPORATION

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                  OAKLAND DIVISION
11

12 ROBERT F. LYMAN and SAMANTHA         CASE NO.  C 07-4240 SBA
13 LYMAN,
                                        **DECLARATION OF CATHERINE
14         Plaintiffs,                  MORRIS KROW IN SUPPORT OF
                                        DEFENDANT UNION CARBIDE
15      v.                              CORPORATION'S OPPOSITION TO
                                        PLAINTIFFS' MOTION TO
16 ASBESTOS DEFENDANTS (B*P), *et al.*, EXPEDITE TRIAL SETTING**
17         Defendants.                  Date:       October 16, 2007
                                        Time:       1:00 p.m.
18                                      Courtroom:  3, 3rd Floor, Oakland
                                        Judge:      Hon. Saundra B. Armstrong
19

OHS West:260308293.1                              CASE NO.  C 07-4240 SBA

DECLARATION OF CATHERINE MORRIS KROW I/S/O OPPOSITION TO MOTION TO EXPEDITE TRIAL SETTING

I, Catherine Morris Krow, declare:

1. I am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel for Union Carbide Corporation ("Union Carbide") in this action. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently to them if called as a witness.

2. A true and correct copy of Standard Asbestos Case Interrogatories, Set One and Plaintiff Robert F. Lyman's verified Answers to Standard Asbestos Case Interrogatories, Set One are attached hereto as Exhibit A. These records indicate that Mr. Lyman smoked up to two packs per day for over 50 years. (*See* Interrogatory No. 23.) In addition, they indicate that Mr. Lyman did not quit smoking after being diagnosed with cancer. (*See* Interrogatories No. 17 and 23.)

3. A true and correct copy of the Proposed Order Granting in Part and Denying in Part Union Carbide's Motion for Summary Judgment, submitted by Plaintiffs to the court for signature in the state case, is attached hereto as Exhibit B.

4. A true and correct copy of the 2000 and 2001 versions of Civil Local Rule 7-3 are attached hereto as Exhibit C.

5. A true and correct copy of the "Highlights of Changes to the Civil Local Rules," effective 1/1/01, is attached hereto as Exhibit D.

6. A true and correct copy of sections 20.132 and 22.35 of the Federal Judicial Center's Manual for Complex Litigation – Fourth (2004) are attached hereto as Exhibit E.

7. Plaintiffs' counsel did not request a stipulation from me to hear Plaintiffs' motion to expedite the trial setting on shortened time.

///
///
///
///
///

OHS West:260308293.1   - 1 -   CASE NO. C 07-4240 SBA

DECLARATION OF CATHERINE MORRIS KROW I/S/O OPPOSITION TO MOTION TO EXPEDITE TRIAL SETTING

8. The first time I became aware of Plaintiffs' motion to expedite the trial setting was when the motion was served on me on September 18, 2007.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on September 25, 2007, in San Francisco, California.

_____
Catherine Morris Krow