CATHERINE MORRIS KROW (STATE BAR NO. 208412)
NATASHA R. CUPP (STATE BAR NO. 240939)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
ckrow@orrick.com
ncupp@orrick.com

Attorneys for Defendant
UNION CARBIDE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS DEFENDANTS (B*P), *et al.*,<br><br>Defendants. | CASE NO. C 07-4240 SBA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXPEDITE TRIAL SETTING**<br><br>Date: October 16, 2007<br>Time: 1:00 p.m.<br>Courtroom: 3, 3rd Floor, Oakland<br>Judge: Hon. Saundra B. Armstrong |

OHS West:260308332

Case No. C 07-4240 SBA

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXPEDITE TRIAL SETTING

1  This matter having come before the Court on Plaintiffs Robert and Samantha
2  Lyman's motion to expedite trial setting; and the Court having considered the motion, and good
3  cause appearing, the Court hereby ORDERS as follows:
4     1.   Plaintiffs' motion to expedite trial setting is hereby DENIED;
5  It is so ORDERED.

7  Dated: _____

                                                     The Honorable Saundra Brown Armstrong
                                                          United States District Judge