1 | **DILLINGHAM & MURPHY, LLP**
MOLLY J. MROWKA (SBN 190133)
2 | RODRIGO E. SALAS (SBN 194462)
ALICE K. LOH (SBN 197315)
3 | 225 Bush Street, 6th Floor
San Francisco, California 94104-4207
4 | Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300
5 |
Attorneys for Defendant
6 | MONTELLO, INC.

7

8 | UNITED STATE DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11 | ROBERT F. LYMAN and SAMANTHA
LYMAN                                           Case No.:  C 07 4240 SBA
12
Plaintiffs,
13                                                       **DEFENDANT MONTELLO, INC.'S**
v.                                                **JOINDER IN UNION CARBIDE**
14                                                       **CORPORATION'S OPPOSITION TO**
ASBESTOS DEFENDANTS (B◇P), et al.,      **PLAINTIFFS' MOTION TO REMAND**
15
Defendants.                        Date:        October 16, 2007
16                                                       Time:        1:00 pm
Courtroom:   3, Third Floor, Oakland
17                                                       Judge:       Hon. Saundra B. Armstrong

18

19      Defendant MONTELLO, INC. hereby joins in, adopts, indorses, and incorporates by

20 reference as though fully set forth herein, Union Carbide Corporation's Opposition to

21 Plaintiffs' Motion to Remand.

Dated: September 25, 2007              DILLINGHAM & MURPHY, LLP
22

23

24                          By:     _____
MOLLY J. MROWKA
25                                          Attorney for Defendant
MONTELLO, INC.
26

27

28