# EXHIBIT A

# EXHIBIT A – 1

## BEN-ZION REPORT

*Barry Ben-Zion, Ph.D.*
*3588 Kelsey Knolls*
*Santa Rosa, CA 95403*



RECEIVED

APR 0 2 2007

BY U.S. MAIL
BRYDON HUGO & PARKER

# ROBERT F. LYMAN

# ECONOMIC LOSS

# Personal Injury

# *BARRY BEN-ZION, Ph.D.*
### *CONSULTING ECONOMIST*

3588 KELSEY KNOLLS • SANTA ROSA, CA 95403 • TELEPHONE (707) 526-2236
FAX (707) 526-2258

March 19, 2007

Mr. Alan R. Brayton
Attorney at Law
Brayton & Purcell
P.O. Box 6169
Novato, CA 94948

Re: Robert F. Lyman – Personal Injury

Dear Mr. Brayton:

We arrived at **$173,250** as the financial loss sustained by Mr. Robert F. Lyman as the result of his illness and anticipated premature death.

The total financial loss consists of two components: (1) the future loss of social security retirement income and (2) the future loss of Kroger retirement income. Each loss component is described separately.

Please do not hesitate to contact me if you have any questions concerning this report or any other aspect of this case.

Sincerely yours,

Barry Ben-Zion, Ph.D.

BBZ/ms
Enclosure

# SUMMARY OF FINANCIAL LOSS
## ROBERT F. LYMAN

| | |
|---|---|
| FUTURE LOSS OF SOCIAL SECURITY RETIREMENT INCOME (APV) | 160,575 |
| FUTURE LOSS OF KROGER RETIREMENT INCOME (APV) | 12,675 |
| **TOTAL FINANCIAL LOSS** | **$173,250** |

# VITAL INFORMATION
## ROBERT F. LYMAN

| | |
|---|---|
| DATE OF BIRTH: | 08/13/1939 |
| DATE OF TRIAL (assumed): | 07/01/2007 |
| DATE OF ASSUMED DEATH: | 10/01/2007 |
| DATE END OF LIFE EXPECTANCY: | 05/18/2022 |
| | |
| AGE AT TRIAL: | 67.88 |
| AGE AT ASSUMED DEATH: | 68.13 |
| AGE END OF LIFE EXPECTANCY: | 82.76 |
| | |
| YEARS FROM TRIAL TO END LIFE EXPECTANCY: | 14.88 |

*Sources:*
  *Life Expectancy: National Center for Health Statistics, "United States Life Tables, 2003"*
    *Male, White*

## FACTS, CONSIDERATIONS, AND ASSUMPTIONS

**Future Loss of Social Security Retirement Income – Actuarial Present Value**

1.  Mr. Lyman is currently receiving social security retirement income of $1,161 per month. Social Security has a cost-of-living increase provision that is tied to the changes in the Consumer Price Index. The future loss of this income begins on the assumed date of Mr. Lyman's premature death.

2.  The actuarial present value of the future loss of social security retirement income is based on the 2003 U.S. Life Expectancy Table mortality factors for white males at 5.5 percent interest, with an allowance for the system's cost-of-living increase provision, computed at 3 percent per year, compounded.

**Future Loss of Kroger Retirement Income – Actuarial Present Value**

3.  Mr. Lyman is currently receiving Kroger retirement income of $114 per month. The future loss of this income begins on the assumed date of Mr. Lyman's premature death.

4.  The actuarial present value of the future loss of Kroger retirement income is based on the 2003 U.S. Life Expectancy Table mortality factors for white males at 5.5 percent interest.

**Other Losses**

5.  This report does not consider the past or future medical care costs, loss of home services, or any other losses that may have been incurred.

## PROOF OF SERVICE

I, Jane Camingue, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____ MAR 3 0 2007 _____, I served the within:

report of economic loss, personal Injury _____

_____

_____

_____

_____ Re: Robert P Leman _____

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

### SEE ATTACHED LIST
(Defendants that are crossed out are not being served)

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____ MAR 3 0 2007 _____, at Petaluma, California.

_____
Jane Camingue

Brayton-Purcell Service List

1

Date Created: 3/30/2007-3:26:4⁶ PM

Run By : Eliasson, Kimberly
(KRE)

Created by: LitSupport - ServiceList - Live
Matter Number: T07053.001 - Robert Lyman

**Adams Nye Sinunu Bruni Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955  415-982-2042 (fax)
Defendants:
  Weir Valve & Controls USA Inc.
  (WEIVAL)

**Bassi, Martini, Edlin & Blum**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006  415-397-1339 (fax)
Defendants:
  Carlisle Corporation (CARLIS)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330 . 510-835-5117 (fax) .
Defendants:
  Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300  415-808-0333 (fax)
Defendants:
  Foster Wheeler LLC (FOSLLC)
  Pneumo Abex LLC (ABEX)
  Union Carbide Corporation (UNIONC)

**Cooley Manion Jones, LLP**
21 Custom House Street
Boston, MA 02110
617-737-3100  617-737-3113 (fax)
Defendants:
  A.W. Chesterton Company (CHESTR)

**Dillingham & Murphy**
225 Bush Street
Sixth Floor
San Francisco, CA 94104
415-397-2700  415-397-3300 (fax)
Defendants:
  Montello Inc. (MONTLL)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131  510-839-7940 (fax)
Defendants:
  Chevron U.S.A., Inc. (CHEUSA)
  Ford Motor Company (FORD)
  General Motors Corporation (GM)
  Texaco, Inc. (TEXACO)
  Unocal Corporation (UNOCAL)

**Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300  925-947-1594 (fax)
Defendants:
  Garlock Sealing Technologies, LLC
  (GARLCK)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500  415-546-7505 (fax)
Defendants:
  International Truck & Engine Corporation
  (INTTRK)

**Hassard Bonnington**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800  415-288-9802 (fax)
Defendants:
  John Crane, Inc. (CRANE)

**Kirkpatrick & Lockhart Preston Gates Ellis LLP**
55 Second Street
Suite 1700
San Francisco, CA 94105
415-882-8200  415-882-8220 (fax)
Defendants:
  Crane Co. (CRANCO)

**Law Offices of Mark H. Rosenthal**
44 Montgomery Street, Suite 4020
San Francisco, CA 94104-4602
415-986-1364  415-291-1984 (fax)
Defendants:
  Crown Cork & Seal Company, Inc.
  (CC&S)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100  415-979-0747 (fax)
Defendants:
  Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580  415-434-0882 (fax)
Defendants:
  Plant Insulation Company (PLANT)

**Morgan, Lewis & Bockius**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000  415-442-1001 (fax)
Defendants:
  Tyco International (US) Inc. (TYCOUS)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000  415-344-7050 (fax)
Defendants:
  Honeywell International, Inc. (HONEYW)

**Prindle, Decker & Amaro**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946  562-495-0564 (fax)
Defendants:
  Chevron Phillips Chemical Company LP
  (CHEPHI)
  Drilling Specialties Company LLC
  (DRISPE)
  Henry Vogt Machine Co. (HENVOG)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354  415-788-3625 (fax)
Defendants:
  A.W. Chesterton Company (CHESTR)

Brayton-Purcell Service List

2

Date Created: 3/30/2007-3:26:42 PM

Created by: LitSupport - ServiceList - Live
Matter Number: 107053.001 - Robert Lyman

Run By : Eliasson, Kimberly
(KRE)

**Salnick & Whitney**
190 Newport Center Dr. 2nd Flr
Newport Beach, CA 92660
949-644-9400
**Defendants:**
San Joaquin Refining Co., Inc. (SJREF)

**Schiff Harden LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
Owens-Illinois, Inc. (OI)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
Rapid-American Corporation (RAPID)

**Thelen Reid Brown Raysman & Steiner LLP**
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200   415-644-6519 (fax)
**Defendants:**
Mack Trucks, Inc. (MACKTR)
Shell Oil Company (SHLOIL)

**Wright Robinson Osthimer & Tatum**
44 Montgomery Street
18th Floor
San Francisco, CA 94104
415-391-7111   415-391-8766 (fax)
**Defendants:**
Freightliner LLC (FRECOR)

# EXHIBIT A – 2

## BREYER REPORTS

## BERRY & BERRY

A PROFESSIONAL LAW CORPORATION
TELEPHONE (510) 250-0200
FAX (510) 835-5117
WWW.BERRYANDBERRY.COM

PHILLIP S. BERRY
PETER R. GILBERT
LEONARDO J. VACCHINA
LAURA E. PRZETAK
EVANTHIA M. SPANOS
RHONDA L. WOO
JILL J. HOFFMAN
KIMBERLY M. OUIMETTE

SAMUEL H. BERRY    (1904-1990)

**February 20, 2007**

To:  All Defense Counsel

**Subject:  LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS
SFSC 459162**

Dear Counsel:

Enclosed please find an expert report from **DR. DONALD BREYER (DOR: 1/23/07)** pertaining to the above referenced case, recently provided to Berry & Berry by the **BRAYTON & PURCELL** office.

Very truly yours,
BERRY & BERRY

Serena D. Fong
Evidence Paralegal

M1752.ASB

JOB/DMJ          M1762

## DONALD BREYER, M.D., F.A.C.R.
### Certified ILO B Reader

Berry & Berry

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

FEB  5 2007

Received

January 23, 2007

**LYMAN, ROBERT**

**EXAMINATION:** A contrast CT scan of the chest. The study is performed at Carson Tahoe Hospital on 11/6/06 and is technically adequate. Lack of prone high resolution images limits evaluation for interstitial fibrosis.

**DATE OF EXAMINATION:** November 6, 2006

The patient is noted to have a pacemaker. There appears to be significant atherosclerotic disease of the aorta, especially the aortic arch and descending aorta. This includes irregular mural thickening and probable ulcerated atheromatous plaque. A large sliding type hiatus hernia is present, with most of the stomach in an intrathoracic location. There is a prominent right hilar lymph node.

Bilateral changes of chest wall and diaphragmatic pleural plaque are present. These include bilateral calcified chest wall and diaphragmatic pleural plaque, with plaque calcifications noted on both anterior and posterior chest walls.

**IMPRESSION:**

BILATERAL CHANGES OF CALCIFIED CHEST WALL AND DIAPHRAGMATIC PLEURAL PLAQUE. THESE FINDINGS RAE ESSENTIALLY PATHOGNOMONIC OF ASBESTOS RELATED PLEURAL DISEASE.

LACK OF PRONE HIGH RESOLUTION IMAGES LIMITS EVALUATION FOR INTERSTITIAL FIBROSIS.

ADVANCED ATHEROMATOUS DISEASE OF THE AORTIC ARCH AND DESCENDING AORTA. FURTHER EVALUATION RECOMMENDED.

HIATUS HERNIA WITH POSSIBLE INTRATHORACIC STOMACH.

PACEMAKER IN SITU.

# PROOF OF SERVICE

I, Joyce Diala, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____ **FEB 0 2 2007** _____, I served the within:

Reports;

Re: _Lyman , Robert_

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

**BERRY & BERRY**
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____ **FEB 0 2 2007** _____, at Petaluma, California.

_____
Joyce Diala

## BERRY & BERRY

A PROFESSIONAL LAW CORPORATION
TELEPHONE (510) 250-0200
FAX (510) 835-5117
WWW.BERRYANDBERRY.COM

PHILLIP S. BERRY
PETER R. GILBERT
LEONARDO J. VACCHINA
LAURA E. PRZETAK
EVANTHIA M. SPANOS
RHONDA L. WOO
JILL J. HOFFMAN

SAMUEL H. BERRY    (1904-1990)

May 1, 2007

To:  All Defense Counsel

**Subject:  LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS**
**San Francisco Superior Court No: 459162**

Dear Counsel:

Enclosed please find an expert report from **Dr. Donald Breyer dated 4/6/07,** pertaining to the above referenced case, provided to Berry & Berry by the **Brayton** office on 4/26/07.

Very truly yours,
BERRY & BERRY

Kristen Poppert
Case Status Coordinator
(510) 250-0468

M1752

M1752
TO: 7/30/07
Dref: Yes
SOE

## DONALD BREYER, M.D., F.A.C.R.
### Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

Berry & Berry

APR 2 5 2007

Received

April 6, 2007

### LYMAN, ROBERT

**EXAMINATION:** A contrast CT scan of the chest taken at 2.5 mm thin sections in the supine position. The study is performed at Carson Tahoe Regional Medical Center on 3/28/07. Lack or prone high resolution images limits evaluation for interstitial fibrosis.

**DATE OF EXAMINATION:** March 28, 2007

The patient has circumferential pleural thickening around the entire right chest wall and mediastinal pleural surfaces. The pleura measures up to 2 cm in thickness. There is significant volume loss of the right lung and changes of thickened, irregular interlobular septa and thickening of the interlobular interstitium are present throughout the right lung.

Bilateral changes of calcified pleural plaque are noted. These are seen on both posterior chest walls. There is also evidence of calcified pleural plaque on both anterior chest walls.

The heart size is enlarged. The patient has a pacemaker. Atherosclerotic disease of the descending aorta is noted, and there appears to be a small intimal flap present.

Small left-sided pleural effusion appears to be present. Enlarged mediastinal and abdominal lymph nodes are noted.

**IMPRESSION:**

GENERALIZED DIFFUSE RIGHT CHEST WALL PLEURAL THICKENING WITH RIGHT LUNG VOLUME LOSS AND ENLARGED LYMPH NODES. THESE FINDINGS ARE SUSPICIOUS FOR PLEURAL MALIGNANCY SUCH AS MESOTHELIOMA.

BILATERAL CHANGES OF CALCIFIED CHEST WALL PLEURAL PLAQUE. THIS FINDING MOST LIKELY REPRESENT ASBESTOS RELATED PLEURAL DISEASE.

**RE: LYMAN, ROBERT**
**Page 2 of 2**
**April 6, 2007**

**CARDIOMEGALY.**

**ARTERIOSCLEROSIS OF THE THORACIC AORTA.**

**LACK OF PRONE HIGH RESOLUTION IMAGES LIMITS EVALUATION FOR INTERSTITIAL FIBROSIS.**

**LYMPHANGITIC SPREAD OF DISEASE APPEARS TO BE PRESENT IN THE RIGHT LUNG.**

**DAB:gmp:**
**D: 4/6/07 T: 4/6/07 # 821263**

# PROOF OF SERVICE

I, Joyce Diala, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____APR 2 4 2007_____, I served the within:

Reports;

Re: Lyman, Robert

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

## BERRY & BERRY
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____APR 2 4 2007_____, at Petaluma, California.

Joyce Diala

## BERRY & BERRY

A PROFESSIONAL LAW CORPORATION
TELEPHONE (510) 250-0200
FAX (510) 835-5117
www.berryandberry.com

PHILLIP S. BERRY
PETER R. GILBERT
LEONARDO J. VACCHINA
LAURA E. PRZETAK
EVANTHIA M. SPANOS
RHONDA L. WOO
JILL J. HOFFMAN

SAMUEL H. BERRY      (1904-1990)

**May 31, 2007**

To:  All Defense Counsel

**Re:    LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS**
**San Francisco Superior Court No. 459162**

Dear Counsel:

Enclosed please find a report by Donald Breyer M.D.(DOR:5/9/07) pertaining to the above referenced case, recently provided to Berry& Berry by the BRAYTON & PURCELL office .

Very truly yours,
BERRY & BERRY

Terri Hunt
Paralegal Assistant
Evidence Paralegal Department

M1752

05/31/2007 12:48 FAX 98355117        BERRY AND BERRY        → BRYDON HUGO        ☒002/007

### DONALD BREYER, M.D., F.A.C.R.
Certified ILO B Reader

6861 Gunn Drive
Oakland, CA 94611
(510) 339-9204
Fax: (510) 338-0069

*M1752*
*Prof: Yes*
*See*
Berry & Berry

MAY 2 5 2007

Received

May 9, 2007

**LYMAN, ROBERT**

**EXAMINATION:**  A high resolution CT scan of the chest including prone and supine high resolution images. The study is performed as a supplement to the CT scan of 3/28/07.  The study is performed at Great Basin Imaging on 4/27/07 and is technically adequate.

**DATE OF EXAMINATION:**  April 27, 2007

In the nondependent lung fields on the prone high resolution images there are bilateral changes of an increased profusion of ill defined centrilobular nodular opacities.  Some irregular interface and parenchymal band formation is also noted.

When compared with the prior study, it is now noted that the circumferential right chest wall pleural thickening is largely resolved as has the lymphangitic spread of disease. Right lung volume loss is present and is probably related to status post right lobectomy.  Left pleural effusion has also resolved.  Some significant pericardial pleural thickening is present.

The esophagogastric region appears abnormal with thickening of the distal esophagus and/or upper pars cardia of the stomach.  Other findings appear unchanged.

**IMPRESSION:**

PARENCHYMAL  FINDINGS  PRESENT  ARE COMPATIBLE WITH INTERSTITIAL FIBROSIS.  THE DISTRIBUTION AND APPEARANCE ARE COMPATIBLE WITH ASBESTOS RELATED INTERSTITIAL FIBROSIS.

THERE HAS BEEN A SIGNIFICANT CHANGE IN THE APPEARANCE OF THE CT SCAN SINCE THE PREVIOUS STUDY OF 3/28/07.  THESE CHANGES PRIMARILY INVOLVE RESOLUTION OF FINDINGS OF GENERALIZED RIGHT  CHEST  WALL  PLEURAL  THICKENING, ENLARGED  LYMPH  NODES  AND  LYMPHANGITIC SPREAD OF DISEASE.

RE: LYMAN, ROBERT
Page 2 of 2
May 9, 2007

ADDITIONAL FINDINGS PRESENT AT THIS TIME THAT WERE NOT NOTED EARLIER INCLUDE PERICARDIAL EFFUSION AND ABNORMAL THICKENING OF THE ESOPHAGOGASTRIC REGION. FURTHER EVALUTION OF THE ESOPHAGOGASTRIC AREA RECOMMENDED.

LEFT PLEURAL EFFUSION HAS ALSO RESOLVED.

THE PATIENT IS ALSO NOTED TO HAVE A CALCIFIED GALLSTONE AND POSTOPERATIVE CHANGES IN THE ABDOMEN. THERE IS THORACOLUMBAR SCOLIOSIS AND POSTOPERATIVE CHANGES IN THE LUMBAR SPINE.

BILATERAL CALCIFIED CHEST WALL PLEURAL PLAQUES AGAIN NOTED, UNCHANGED FROM THE PREVIOUS SCAN AND MOST LIKELY REPRESENTING ASBESTOS RELATED PLEURAL DISEASE.

DAB:gmp:
D: 5/9/07 T: 5/9/07 # 832645

# PROOF OF SERVICE

I, Joyce Diala, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____ MAY 23 2007 _____, I served the within:

Reports;

Re: ____ *Robert Lyman* ____

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

### BERRY & BERRY
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ____ MAY 23 2007 ____, at Petaluma, California.


_____
Joyce Diala

| Page 1 of 3 | **BERRY AND BERRY SERVICE LIST**<br>FAX NUMBER | As of: 05/31/2007 |
|---|---|---|
| CASE NAME: | LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS   SFSC 459162   BRAYTN | M1752.ASB |

| | | | |
|---|---|---|---|
| M1752.ASB | ADAMS NYE SINUNU BRUNI BECHT<br>222 KEARNY, 7TH FLOOR SAN FRANCISCO, CA 94108-4521<br>*WEIR VALVE & CONTROLS USA, INC.* | 000 | (415)982-2042 |
| M1752.ASB | BASSI, MARTINI, EDLIN & BLUM<br>351 CALIFORNIA STREET, SUITE 200 SAN FRANCISCO, CA 94104<br>*CARLISLE CORPORATION, INC.* | 041 | (415)397-1339 |
| M1752.ASB | BRYDON HUGO & PARKER<br>135 MAIN STREET, 20TH FLOOR SAN FRANCISCO, CA 94105<br>*FOSTER WHEELER CORPORATION* | 69 | (415) 808-0333 |
| M1752.ASB | BRYDON HUGO & PARKER<br>135 MAIN STREET, 20TH FLOOR SAN FRANCISCO, CA 94105<br>*UNION CARBIDE* | 69 | (415) 808-0333 |
| M1752.ASB<br>E | DILLINGHAM & MURPHY, LLP<br>225 BUSH STREET, SIXTH FLOOR SAN FRANCISCO, CA 94104-4207<br>*MONTELLO, INC.* | 116 | (415)397-3300 |
| M1752.ASB | FILICE, BROWN,EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*CHEVRON, U.S.A., INC.* | 030 | (510)839-7940 |
| M1752.ASB | FILICE, BROWN,EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*DETROIT DIESEL CORPORATION* | 030 | (510)839-7940 |
| M1752.ASB | FILICE, BROWN,EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*FORD MOTOR COMPANY* | 030 | (510)839-7940 |
| M1752.ASB | FILICE, BROWN,EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*GENERAL MOTORS CORPORATION* | 030 | (510)839-7940 |
| M1752.ASB | FILICE, BROWN,EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*TEXACO, INC.* | 030 | (510)839-7940 |

Page 2 of 3

# BERRY AND BERRY SERVICE LIST
## FAX NUMBER

As of:   05/31/2007

CASE NAME:   LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS   SFSC 459162   BRAYTN   M1752.ASB

| | | | |
|---|---|---|---|
| M1752.ASB | FILICE, BROWN, EASSA & MCLEOD, LLP<br>1999 HARRISON STREET, 18 FLOOR OAKLAND, CA 94612<br>*UNOCAL CORPORATION* | 030 | (510)839-7940 |
| M1752.ASB | HAIGHT, BROWN & BONESTEEL<br>71 STEVENSON STREET, 20TH FLOOR SAN FRANCISCO, CA 94105<br>*INTERNATIONAL TRUCK AND ENGINE CORP.* | 028 | (415)546-7505 |
| M1752.ASB<br>E | HASSARD BONNINGTON<br>TWO EMBARCADERO CENTER, SUITE 1800 SAN FRANCISCO, CA 94111-3993<br>*JOHN CRANE INC.* | 035 | (415)288-9802 |
| M1752.ASB | LEWIS, BRISBOIS, BISGAARD & SMITH LLP (SF Ofc)<br>ONE SANSOME STREET, SUITE 1400 SAN FRANCISCO, CA 94104<br>*LEAR VALVES & CONTROLS* | 52 | (415)434-0882 |
| M1752.ASB<br>E | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY<br>P.O. BOX 5288 WALNUT CREEK, CA 94596<br>*FMC CORPORATION* | 054 | (925)939-0292 |
| M1752.ASB | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY<br>P.O. BOX 5288 WALNUT CREEK, CA 94596<br>*TYCO INTERNATIONAL (US), INC.* | 054 | (925)939-0292 |
| M1752.ASB | PERKINS COIE<br>FOUR EMBARCADERO CENTER, SUITE 2400 SAN FRANCISCO, CA 94111-3162<br>*HONEYWELL (AKA-ALLIED-SIGNAL, INC. (BENDIX)* | 58 | (415)344-7288 |
| M1752.ASB | PRINDLE, DECKER & AMARO<br>369 PINE STREET, SUITE 800 SAN FRANCISCO, CA 94104<br>*A.W. CHESTERTON CO.* | 062(or alt415-732-5959)<br>(415)788-3625 |

Associated Counsel

| | | | |
|---|---|---|---|
| 2288.6965 | COOLEY MANION JONES          A.W. CHESTERTON CO.<br>21 CUSTOM HOUSE STREET BOSTON, MA 02110-3536 | | (617) 737-3113 |
| M1752.ASB | PRINDLE, DECKER & AMARO<br>310 GOLDEN SHORE 4TH FLOOR LONG BEACH, CA 90801-5511<br>*CHEVRON PHILLIPS CHEMICAL CO/DRILLING SPECIALTIE* | 12 | (562)495-0564 |

Page 3 of 3                    **BERRY AND BERRY SERVICE LIST**        As of:    05/31/2007
                                      FAX NUMBER

CASE NAME:    LYMAN, ROBERT/SAMANTHA V. CLEAVER-BROOKS    SFSC 459162        BRAYTN        M1752.ASB

| | | | |
|---|---|---|---|
| M1752.ASB | PRINDLE, DECKER & AMARO<br>310 GOLDEN SHORE 4TH FLOOR LONG BEACH, CA 90801-5511<br>*DRILLING SPECIALTIES COMPANY* | 12 | (562)495-0564 |
| M1752.ASB | PRINDLE, DECKER & AMARO<br>310 GOLDEN SHORE 4TH FLOOR LONG BEACH, CA 90801-5511<br>*HENRY VOGT MACHINE COMPANY* | 12 | (562)495-0564 |
| M1752.ASB | SCHIFF HARDIN, LLP<br>ONE MARKET PLAZA, 32ND FLOOR SAN FRANCISCO, CA 94105<br>*OWENS-ILLINOIS* | 057 | (415)901-8701 |
| M1752.ASB<br>E | THELEN, REID BROWN RAYSMAN & STEINER LLP<br>101 SECOND STREET, SUITE 1800 SAN FRANCISCO, CA 94105-3601<br>*MACK TRUCKS, INC.* | 075 | (415)644-6519 |
| M1752.ASB | THELEN, REID BROWN RAYSMAN & STEINER LLP<br>101 SECOND STREET, SUITE 1800 SAN FRANCISCO, CA 94105-3601<br>*SHELL OIL COMPANY* | 075 | (415)644-6519 |
| M1752.ASB | WRIGHT, ROBINSON, OSTHIMER & TATUM<br>44 MONTGOMERY STREET, 18TH FLOOR SAN FRANCISCO, CA 94104<br>*FREIGHTLINER CORPORATION* | 080 | (415)391-8766 |