1 **DILLINGHAM & MURPHY, LLP**
MOLLY J. MROWKA (SBN 190133)
2 RODRIGO E. SALAS (SBN 194462)
ALICE K. LOH (SBN 197315)
3 225 Bush Street, 6th Floor
San Francisco, California 94104-4207
4 Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
5
Attorneys for Defendant
6 MONTELLO, INC.

7

8                   UNITED STATE DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11 | ROBERT F. LYMAN and SAMANTHA LYMAN | Case No.: C 07 4240 SBA |
|---|---|
| Plaintiffs, | **DEFENDANT MONTELLO, INC.'S JOINDER IN UNION CARBIDE CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR STAY** |
| v. | |
| ASBESTOS DEFENDANTS (B◇P), et al., | |
| Defendants. | Date:    October 16, 2007
Time:    1:00 pm
Courtroom: 3, Third Floor, Oakland
Judge:   Hon. Saundra B. Armstrong |

19     Defendant MONTELLO, INC. hereby joins in, adopts, indorses, and incorporates by

20 reference as though fully set forth herein, Union Carbide Corporation's Reply Memorandum in

21 Support of Its Motion for Stay.

22 Dated: October 2, 2007                    DILLINGHAM & MURPHY, LLP

23

24
                          By:   _____/S/_____
25                                MOLLY J. MROWKA
                                Attorney for Defendant
26                                MONTELLO, INC.

27

28

Page 1 - Case No.: C 07 4240 SBA
DEFENDANT MONTELLO, INC.'S JOINDER IN UNION CARBIDE CORPORATION'S REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION FOR STAY