1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                         **OAKLAND DIVISION**

11

12 ROBERT F. LYMAN and SAMANTHA   )   No. C 07-4240-SBA
   LYMAN,                         )   MDL #875
13                                )
           Plaintiffs,            )
14                                )   NOTICE RE: STATUS REPORT
   vs.                            )
15                                )
   ASBESTOS DEFENDANTS, et al.,   )
16                                )
           Defendants.            )
17

18 TO ALL PARTIES TO THIS ACTION:

19     Attached hereto is a true and accurate copy of the STATEMENT OF CASES STATUS

20 AT TO PLAINTIFF: Robert F. Lyman, made pursuant to the Honorable James T. Giles'

21 Administrative Order No. 12.

22

23
   Dated:  February 19, 2008                    BRAYTON❖PURCELL LLP
24
                                                /s/ David R. Donadio
25
                                         By:    _____
26                                              David R. Donadio
                                                Attorneys for Plaintiffs
27

28

K:\Injured\107053\Ntc re MDL report (Robert Lyman).wpd         1
NOTICE RE: STATUS REPORT – C 07-4240-SBA