ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, et al.,<br><br>　　　　Defendants. | No. C 07-4240-SBA<br>MDL #875<br><br>NOTICE RE: STATUS REPORT |

TO ALL PARTIES TO THIS ACTION:

　　Attached hereto is a true and accurate copy of the STATEMENT OF CASES STATUS AT TO PLAINTIFF: Samantha Lyman, made pursuant to the Honorable James T. Giles' Administrative Order No. 12.

Dated:  February 19, 2008　　　　　　　　　　　　BRAYTON❖PURCELL LLP

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David R. Donadio

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　David R. Donadio
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

K:\Injured\107053\Ntc re MDL report (Samantha Lyman).wpd　　　　1
NOTICE RE: STATUS REPORT – C 07-4240-SBA