1 | ALAN R. BRAYTON, ESQ., S.B. #73685
  | DAVID R. DONADIO, ESQ., S.B. #154436
2 | BRAYTON❖PURCELL LLP
  | ATTORNEYS AT LAW
3 | 222 Rush Landing Road
  | P.O. Box 6169
4 | Novato, California 94948-6169
  | (415) 898-1555
5 |
  | Attorneys for Plaintiffs
6 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN, | No. C 07-4240-SBA |
| | MDL #875 |
| Plaintiffs, | |
| vs. | NOTICE RE: LETTER |
| ASBESTOS DEFENDANTS, et al., | |
| Defendants. | |

TO ALL PARTIES TO THIS ACTION:

    Attached hereto is a true and accurate copy of the letter from Plaintiffs' counsel to the Honorable James T. Giles of the Eastern District of Pennsylvania requesting a settlement conference in this matter. .

Dated: February 19, 2008                              BRAYTON❖PURCELL LLP

                                                        /s/ David R. Donadio

By: _____
      David R. Donadio
      Attorneys for Plaintiffs