# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LEROY

OF COUNSEL
JEFFREY D. EISENBERG*
RICHARD R. KUHN
ROBERT M. LEVY
DARRELL J. SALOMON

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com

ANNE T. ACUÑA
KATHERINE E. ALLEN
FRANK J. ANDERS
PATRICK D. ANGEL*
RON G. ARCHER
DAVID H. BACKENSTOE
BRONSON D. BILLS*
GARY L. BRAYTON
ALLISON M. CAMPOS
ANDREW CHEW
KIMBERLY J. CHU
HUGH C. COOK
DOUGLAS V. DUKELOW
DAVID W. FERMINO
JUSTIN F. FISH
PETER B. FREDMAN
JOHN B. GOLDSTEIN
RICHARD M. GRANT
LAUREL HALBANY
CHRIS E. HERSOM
MEI L. HOM
SARAH K. ISAACS
J. PETER JEFFERS*
N. KATE JEFFRIES

GARY V. JUDD
CLAYTON W. KENT
DANIELLE M. KLUZ
MATTHEW B. LEE
JACQUELINE K. LOVELESS
ROBERT L LYNCH
MAUREEN C. MCGOWAN
DELANEY L. MILLER*
JAMES P. NEVIN
JULIET K. NGUYEN
OREN P. NOAH
OSCAR A. PARDO
MELANIE A. REKIETA
WILLIAM F. RUIZ
AMIR S. SARRESHTEHDARY
CHRISTINA C. SKUBIC
ERIC C. SOLOMON
ROBERT C. STRICKLAND
JENNIFER L. SUPMAN
LISA D. TANDOC
GRANT E. WALTERS
NANCY T. WILLIAMS
KYOKO K. WYSE

February 15, 2008

Honorable James T. Giles
United States District Judge
United States District Court for the
Eastern District of Pennsylvania
601 Market Street, Room 17614
Philadelphia, PA 19106-1797

Re:   Request for Settlement Conference
      MDL 875; U.S. District Court, Northern District of California, Case No. C07-4240-SBA
      *Robert F. Lyman and Samantha Lyman v. Asbestos Defendants*

Dear Judge Giles:

Plaintiff respectfully requests an order of the Court setting a time and date for a settlement conference in this matter. Our clients, Robert F. Lyman and Samantha Lyman, are eager to move this case towards a rapid resolution. Mr. Lyman is 67 years old and was diagnosed with Asbestos-related Lung Cancer in October of 2006, Asbestos-related Pleural Disease on January 23, 2007, and Asbestosis on April 16, 2007.

This action originated in the San Francisco Superior Court, State of California and was removed to Federal Court on August 17, 2007, however, the case only entered the MDL on December 14, 2007. The above-referenced action represents our client's only action for recovery as to the asbestos injury.

By separate letter to the Court today, the Lyman's are submitting their detailed Status Report in compliance with the Court's Administrative Order No. 12. Counsel for the defendants in this action are being served with a copy of the Status Report and a copy of this letter.

K:\Injured\107053\Ltr Sett Conf MDL FED 1.wpd

February 15, 2008 Page 2

    Our office respectfully request that the Court set this matter for a Settlement Conference immediately.

    If you or your chambers staff have any questions about this letter, please call my assistant, Montie Derby, at 800-765-7778 extension 335.

    Thank you for your assistance in this matter.

                                        Very Truly Yours,

                                        David R. Donadio

DRD:jmd

cc:    Counsel for Defendants (via CM/ECF)

K:\Injured\107053\Ltr Sett Conf MDL FED 1.wpd