ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road (JMD #9)
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to: | NOTICE OF SETTLEMENT CONFERENCE |
| *Robert F. Lyman and Samantha Lyman v. Asbestos Defendants.* | Settlement Conference: May 23, 2008, 10:30 a.m. Room 6425 |
| United States District Court for the Northern District of Nebraska, Case No.C 07-4240-SBA | |

TO:   ALL PARTIES TO THIS ACTION:

PLEASE TAKE NOTICE that on May 23, 2008, 10:30 a.m. in Room 6425, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19016, the United States District Court for the Eastern District of Pennsylvania will conduct a Settlement Conference in this matter. Plaintiff attaches hereto, and incorporates herein by this reference, a copy of the *Notice of Settlement Conference* dated and filed March 17, 2008.

Dated: April 8, 2008         BRAYTON❖PURCELL LLP

/s/ David R. Donadio

By: _____
David R. Donadio
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : |
| This Document Relates To: | : CIVIL ACTION NO. MDL 875 |
| (see attached case list) | : : FILED MAR 1 7 2008 |

## NOTICE OF SETTLEMENT CONFERENCE

The Court, in accordance with the Court's policies outlined in Administrative Orders No. 3 & 12, has identified the case(s) listed herein as being appropriate for a settlement conference. A settlement conference is thereby scheduled in Room 6425, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, on Friday, May 23, 2008, at 10:30 o'clock, AM.

All parties remaining in the case(s) shall take the following action:

Plaintiff shall give notice of this conference to each viable defendant in each case no later than thirty (30) days before the conference is scheduled. In addition, plaintiff shall provide to each viable defendant a copy of plaintiff's most current medical report relied upon and a synopsis of the exposure evidence against that defendant. Plaintiff is directed to make a reasonable demand upon each of the defendants, and the parties must attempt in good faith to negotiate settlement of this action prior to the conference date.

In furtherance thereof, the parties shall promptly exchange information and complete such discovery as is necessary to be in a posture to negotiate settlement. If the action remains unsettled, all remaining parties shall appear at the conference with necessary authority to settle the case with their principals present or immediately available to them by telephone. The Court reserves the right to require the principals to be present.

All parties shall comply with the requirements of Section 9, Administrative Order No. 12. Plaintiff MUST have made his/her submissions in accordance with Administrative Order No. 12,

and all viable parties MUST have made payment to the Clerk of the Court as required under Administrative Order No. 14.

Inquiries concerning this notice may be directed to Bruce B. Lassman at 267-299-7463.

**THE COURT MAY IMPOSE SANCTIONS AND/OR COSTS AGAINST ANY PARTY WHICH DOES NOT COMPLY WITH THIS NOTICE AND THE ORDERS SPECIFICALLY INCORPORATED BY REFERENCE.**

BY THE COURT:

Date: 3/17/2008

_____ J.
James T. Giles

## ATTACHED LIST OF CASES

| Jurisdiction | Case Name | Case No. |
|---|---|---|
| 1. **SANCHEZ** | 05-CV-4346 | ND-CA |
| 2. **LYMAN** | 07-CV-4240 | ND-CA |

Plaintiff's Counsel

David R. Donadio, Esq.
    Brayton & Purcell
    222 Rush Landing Road
    P.O. Box 6169
    Novato, CA 94948-6169

    415-898-1555