ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ROBERT F. LYMAN and SAMANTHA LYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (B*P), et al.,<br><br>Defendants. | No. C 07-4240 SBA<br>(MDL #875)<br><br>CERTIFICATE OF SERVICE<br>RE: SETTLEMENT CONFERENCE STATEMENT |

    I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

    On this 24th day of April, 2008, I served the following document(s) described as:

**SETTLEMENT CONFERENCE STATEMENT and attachments**

on the interested party(ies) in this action as follows:

Catherine Morris Krow and Nathan Craig Dullum
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(Counsel for Union Carbide Corporation)

Molly Jeannette Mrowka
Dillingham & Murphy
225 Bush St., Sixth Floor
San Francisco, CA 94104
(Counsel for Montello Inc.)

////

1
2      X    BY OFFICE MAILING
3          I am readily familiar with this office's practice of collection and processing
4 correspondence, pleadings and other matters for mailing with the United States
5 Postal Service on that same day with postage thereon fully prepaid at Novato,
6 California in the ordinary course of business. I placed in the outgoing office mail,
7 the above-described document(s), in a sealed envelope, addressed to the party(ies)
8 as stated above, for collection and processing for mailing the same day in
9 accordance with ordinary office practices.
10
11
12      Executed this 24th day of April 2008, at Novato, California.
13
14      I declare under penalty of perjury under the laws of the State of California that the
15 foregoing is true and correct.
16
17
18                           MONTIE DERBY
19
20
21
22
23
24
25
26
27
28

K:\Injured\107053\FED POS re SCS (local caption).wpd      2
CERTIFICATE OF SERVICE RE: SETTLEMENT CONFERENCE STATEMENT  --C 07-4240 SBA (MDL 875)