UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMANTHA LYMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No: C 07-4240 SBA<br><br>**ORDER CLOSING FILE** |

This case was returned to the transferor court pursuant to the transfer order issued on March 4, 2009. (Docket 84). Accordingly,

IT IS HEREBY ORDERED THAT the Clerk shall close this file and terminate any and all pending or open docket matters.

IT IS SO ORDERED.

Dated: August 12, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge