| | |
|---|---|
| 1 | Andrew S. Hartman (*Pro Hac Vice*) |
| | HARTMAN, BLACKSTOCK & MOORE |
| 2 | P.O. Box 700450 |
| | Tulsa, Oklahoma, 74170 |
| 3 | (918) 712-3246 |
| | (918) 712-5042 (facsimile) |
| 4 | andrew@andrewshartman.com |
| 5 | Molly J. Mrowka (CA Bar No. 190133) |
| | HARTMAN, BLACKSTOCK & MOORE |
| 6 | 182 Howard Street, #414 |
| | San Francisco, Mo CA  94105 |
| 7 | (415) 658-7446 |
| | (415) 963-3471 (facsimile) |
| 8 | molly.mrowka@andrewshartman.com |
| 9 | Attorneys for Defendant |
| | MONTELLO, INC. |

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LYMAN, et al. | Case No. 3:07-CV-4240 CRB (JCS/JSC) |
| Plaintiffs, | **STIPULATION AND ORDER RE STATUS CONFERENCE** |
| v. | Date: May 16, 2014 |
| | Time: 8:30 a.m. |
| UNION CARBIDE CORPORATION and MONTELLO, INC. | Dept: Courtroom 6 - 17th Floor |
| | 450 Golden Gate Ave. |
| | San Francisco, CA 94102 |
| Defendants. | Judge: Hon. Charles R. Breyer |
| | Trial Date: Not assigned. |

### STIPULATION

The Court Clerk has given notice of a Status Conference scheduled for May 16, 2014. Local counsel for Montello, Inc., Molly Mrowka, will be out of the country from May 11-May 18th, on a pre-paid non-refundable trip.

Counsel for Defendant Union Carbide Corporation and counsel for Plaintiffs agree to Montello's counsel's request to continue the Status Conference to another date convenient to the Court's calendar.

Page 1 – Case No: 3:07-CV-4240 CRB (JCS/JSC)
STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE

1   IT IS SO STIPULATED.

2

3   _____

    Molly Mrowka, Esq.

4   Molly J. Mrowka (CA Bar No. 190133)
    HARTMAN, BLACKSTOCK & MOORE
5   182 Howard Street, #414
    San Francisco, CA  94105
6   (415) 658-7446
    (415) 963-3471 (facsimile)
7
    COUNSEL FOR DEFENDANT
8   MONTELLO, INC.

9

10

11  _____

12  Kimberly Chu, Esq.

13  BRAYTON PURCELL LLP
    222 Rush Landing Road
    P.O. Box 6169
14  Novato, California 94948-6169

15  COUNSEL FOR PLAINTIFFS

16

17

18  _____

19  George Otsott, Esq.

20  BRYDON HUGO PARKER
    135 Main Street
21  San Francisco, CA  94105

22
    COUNSEL FOR DEFENDANT UNION
23  CARBIDE CORPORATION

24

25

26

27

28

<u>ORDER</u>

The Status Conference in the above-reference case has been re-scheduled to May 19, May 19, 2014 at 10:00 a.m..

**IT IS SO ORDERED.**

Dated: May  13, 2014

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Page 3 – Case No: 3:07-CV-4240 CRB (JCS/JSC)
STIPULATION AND [PROPOSED] ORDER RE STATUS CONFERENCE