UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT F. LYMAN, et al.,

    Plaintiffs,

v.

UNION CARBIDE CORPORATION, et al.,

    Defendants.

Case No.  07-cv-04240-WHO

**ORDER ADDRESSING MISCELLANEOUS ISSUES**

On June 6, 2014, the plaintiffs informed me that they have resolved their claims against defendants Union Carbide Corporation and Montello, Inc.  Dkt. No. 138.  Accordingly, the hearing currently set for June 9, 2014, and the trial set for June 16, 2014, are VACATED.  The associated motions (Dkt. Nos. 117, 120, 121, 122) are DEEMED MOOT.

On June 2, 2014, I allowed Montello leave to assert a cross-claim against Union Carbide for indemnity and ordered that trial on the cross-claim be severed from the original action.  Dkt. No. 134.  The action for the cross-claim remains pending and I will hold the case management conference currently set for August 5, 2014.

Montello shall file its amended answer with its cross-claim for indemnity within three days of this Order.

**IT IS SO ORDERED.**

Dated: June 6, 2014

WILLIAM H. ORRICK
United States District Judge